## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| Dhillon Hotel, Inc., d/b/a Holiday Inn Great Falls, | |
| *Plaintiff,* | |
| v. | Civil Action No. CV-22-59-GF-BMM |
| Mohawk Carpet Distribution, Inc., | |
| *Defendant.* | |

## AFFIDAVIT OF SERVICE UPON
## MOHAWK CARPET DISTRIBUTION, INC.

Personally, appeared before the undersigned officer duly authorized by law to administer oaths, Christian Seklecki, who, after being duly sworn, deposes and states the following:

1.

Affiant states that he is over 18 years of age, a citizen of the United States, and not related to the parties herein. The statements are true and correct and based upon my personal knowledge. I am a Georgia Certified Process Server.

2.

On August 26, 2022, at 10:32 a.m., I served MOHAWK CARPET

DISTRIBUTION, INC. by leaving a copy of a SUMMONS and COMPLAINT

AND DEMAND FOR JURY TRIAL, in the above-styled action, with ALISHA

SMITH, who is expressly authorized to accept serve on behalf of CORPORATION

SERVICE COMPANY, the Registered Agent of MOHAWK CARPET

DISTRIBUTION, INC, located and served at 2 Sun Court, Suite 400, Peachtree

Corners, Georgia 30092.

3.

ALISHA SMITH is an African American female, approximately 33-years-

old, 5'10" and 140 lbs.

4.

I've served ALISHA SMITH scores of times over the last year. She accepted

service from me as she usually does.

*(see next page for signatures)*

_____
Affiant – Christian Seklecki
404-771-3204

Sworn to and subscribed to before me
This _26th_ day of _August_ 2021

_____
Notary Public

SOL SWENSON
Notary Public, Columbia Co., Georgia
My Commission Expires 7-14-2026