Matthew T. Meade
Kaitlyn J. Mitcham
Smith Oblander Meade & Mitcham, P.C.
PO Box 2685
Great Falls, MT  59403-2685
Telephone: (406) 453-8144
matt@bigskylaw.com
kaitlyn@bigskylaw.com
*Co-Attorneys for Plaintiff, Dhillon Hotel, Inc.*

Channing J. Hartelius
Hartelius Law Center, PLLC
P.O. Box 1024
Great Falls, MT 59403-1024
Telephone: (406) 788-0035
chartelius@mtlawyers.net
*Co-Attorneys for Plaintiff, Dhillon Hotel, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| Dhillon Hotel, Inc., d/b/a Holiday Inn Great Falls,<br><br>      Plaintiff,<br>  vs.<br><br>Mohawk Carpet Distribution, Inc.,<br><br>      Defendant. | Cause No: CV-22-59-GF-BMM<br><br>**PLAINTIFF DHILLON HOTEL, INC.'S CORPORATE DISCLOSURE STATEMENT** |

COMES NOW, the Plaintiff, Dhillon Hotel, Inc., doing business as Holiday Inn Great Falls, by and through its counsel of record, and pursuant to Rule 7.1, F.R.Civ.P., provides the following disclosure:

There is no such parent corporation or any publicly held corporation owning 10% or more of the Plaintiff's stock.

Dated this 30th day of January, 2023.

Smith Oblander Meade & Mitcham, PC


By: /s/ Matthew T. Meade
Matthew T. Meade
Smith Oblander Meade & Mitcham, PC
104 2nd St S., Ste. 400
Great Falls, Montana 59401
Telephone: (406) 453-8144
Fax: (888) 402-0579
Email: matt@bigskylaw.com
*Co-Attorneys for Dhillon Hotel, Inc.*


# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon the following counsel of record, by the means designated below, this 30th day of January, 2023.

| | |
|---|---|
| X | CM/ECF |
| ___ | Hand delivery |
| ___ | Mail |
| ___ | Overnight delivery service |
| ____ | Fax |
| ___ | Email |

1. James R. Zadick
   UGRIN ALEXANDER ZADICK, P.C.
   #2 Railroad Square, Suite B

P.O. Box 1746
Great Falls, MT 59403
Telephone: (406) 771-0007

    Smith Oblander Meade & Mitcham, PC


    By: /s/ Matthew T. Meade
    Matthew T. Meade
    Smith Oblander Meade & Mitcham, PC
    104 2nd St S., Ste. 400
    Great Falls, Montana 59401
    Telephone: (406) 453-8144
    Fax: (888) 402-0579
    Email: matt@bigskylaw.com
    *Co-Attorneys for Dhillon Hotel, Inc.*