# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| DHILLON HOTEL, INC., d/b/a HOLIDAY INN GREAT FALLS,<br><br>    Plaintiff,<br><br>v.<br><br>MOHAWK CARPET DISTRIBUTION, INC.<br>    Defendant. | Cause No. CV-22-59-GF-BMM<br><br>**ORDER GRANTING MOTION TO SERVE SECRETARY OF STATE** |

Pursuant to the Motion of Defendant and Third-Party Plaintiff Mohawk Carpet Distribution, LLC, ("Mohawk") and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that pursuant to F.R.Civ.P. 4(e)(1), 4(h)(1) and 4(m), process shall be served upon the Montana Secretary of State for Third-Party Defendant, The Orozco Group, LLC, a Montana Limited Liability Company.

DATED this 22nd day of February, 2024.

_____
Brian Morris, Chief District Judge
United State District Court