IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| Dhillon Hotel, Inc., d/b/a Holiday Inn Great Falls,<br><br>       Plaintiff,<br>vs.<br><br>Mohawk Carpet Distribution, Inc.,<br><br>       Defendant,<br>vs.<br><br>Daniel Orozco, The Orozco Group, LLC, and Reggie Sutton,<br><br>       Third Party Defendants. | Cause No: CV-22-59-GF-BMM<br><br>**ORDER** |

UPON the Unopposed Motion of Plaintiff, Dhillon Hotel, Inc., and good cause appearing, **IT IS HEREBY ORDERED**:

1. The parties shall appear before the undersigned **BY TELEPHONE** on **October 30, 2024 at 1:30 p.m.,** MST, for the purpose of participating in a preliminary pretrial conference ("conference"). **The Call-in number is as follows: 877-402-9753; access code: 5136505.**

Page 1

2. The parties have already provided Preliminary Pretrial Statements, Initial Disclosures, and a Statement of Stipulated Facts. The parties do not need to resubmit these documents.

3. The conference is intended to develop a case-specific plan for discovery and a schedule for disposition of the case. Parties should prepare to take part in meaningful discussions of material contained in the pretrial statements. Each party to the case must be represented at the conference by at least one person with authority to enter stipulations. The case management plan, including trial date resulting from the conference, will not be subject to revisions absent compelling reasons.

4. On or before **October 25, 2024**, parties shall meet and confer to consider matters listed in Fed. R. Civ. P. 26(f).

5. On or before **October 29, 2024**, the parties shall jointly file with the Court a written report outlining the discovery plan formulated at the conference. The discovery plan must include the following dates: joinder of parties and amendment of pleadings, discovery end date and disclosure of all experts. Expert disclosures must comply with Fed. R. Civ. P. 26(a)(2)(B). As part of the discovery plan parties shall seek to identify and should be prepared to discuss in detail any electronic discovery stipulations or issues which may arise and a plan for electronic discovery. Fed R. Civ. P. 26(f)(3). In that regard

the parties may find it useful to consider potential issues regarding electronic discovery such as those outlined in the Delaware Default Standard for Discovery of Electronically Stored Information ("E-Discovery") found at http://www.ded.uscourts.gov/sites/default/files/Chambers/SLR/Misc/EDiscov.pdf.

DATED this 16th day of October, 2024.

_____
Brian Morris, Chief District Judge
United States District Courts